RECEIVED
APR 14 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DONALD DEAL | DOCKET NUMBER 1:13-02701 |
| VERSUS | JUDGE DEE D. DRELL |
| BANK OF NEW YORK MELLON, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that Wells Fargo's motion to dismiss is DENIED.

IT IS FURTHER ORDERED that Deal is afforded 30 days within which to effect service of process on Wells Fargo.

IT IS FURTHER ORDERED that costs associated with service of process are taxed to Wells Fargo.

THUS DONE AND SIGNED at Alexandria, Louisiana on this 11th day of April, 2014.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT