RECEIVED
IN ALEXANDRIA, LA.

JUL 1 4 2014

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DONALD DEAL | CIVIL ACTION NO. 13-2701 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| BANK OF NEW YORK MELLON | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the motion to dismiss, doc. #38, and for judgment on the pleadings, doc. #6, are GRANTED and this case is dismissed with prejudice.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this ___14th___ day of ___July___, 2014.

**DEE D. DRELL, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**